**Order entered June 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00590-CV

### IN RE PULTE HOMES OF TEXAS , LP, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04147-2013**

## ORDER

Before the Court is relator's May 20, 2016 petition for writ of mandamus. The Court requests that real parties in interest and respondent file their responses, if any, to the petition on or before **June 21, 2016**.


/s/     ELIZABETH LANG-MIERS
         JUSTICE